## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:04CR00296 JLH | |
| | NO. 4:05CR00075 JLH | |
| WALTER HARRIS, JR. | | DEFENDANT |

## ORDER

The government has filed Petitions for Revocation of Supervised Release in the above captioned cases. The government has also requested that a summons be issued for defendant.

IT IS THEREFORE ORDERED that a hearing is scheduled for **WEDNESDAY, JANUARY 11, 2006, at 10:00 a.m.**, in Courtroom #372, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The motion for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **WALTER HARRIS, JR**.

IT IS FURTHER ORDERED that Chris Tarver of the Federal Public Defender's Office be appointed to represent defendant during the revocation proceedings. The Clerk of Court is directed to provide Mr. Tarver with a copy of this Order and the petition to revoke supervised release.

The Probation Office is directed to have the defendant complete a financial affidavit prior to the hearing date to determine his qualification for appointment of counsel.

IT IS SO ORDERED this 21st day of December, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE